408 A.2d 531

Commonwealth v. Webb, Appellant.

Submitted April 10, 1978. Joseph M. Budicak, Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.

408 A.2d 531

Commonwealth v. Zack, Appellant.
Petition for Allowance of Appeal Denied Jan. 14, 1980.

Submitted October 26, 1978. Simon B. John, Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.